UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: )
)
KENNETH WILLIAM NOVAK, JR., ) CASE NO. 11-20744-kl
Debtor )

## ORDER GRANTING MOTION FOR RELIEF FROM STAY AND ABANDONMENT

The Motion for Relief from Stay and Abandonment having come before the Court.

And the Court having examined said Motion and being duly advised in the premises and finding that the Debtor waives final hearing and consents to said Motion and further finding that the collateral is not necessary for effective reorganization of the Debtor and that the Debtor does not have sufficient equity or interest in said property, it is therefore,

ORDERED and ADJUDGED that the Motion for Abandonment and Relief from Stay is hereby granted.

Dated this 12th day of July, 2011.

Kent Lindquist
Judge, United States Bankruptcy Court

DISTRIBUTION

Kenneth William Novak, Jr.
18007 Holtz Road
Lowell, IN 46356

Paul R. Chael, Trustee
401 West 84th Drive; Suite C
Merrillville, IN 46410

Nancy J. Gargula, U.S. Trustee
One Michiana Square Building
Suite 555
100 East Wayne Street
South Bend, IN 46601-2349

Christopher R. Schmidgall
Attorney at Law
Six W. 73rd Avenue
Merrillville, IN 46410

Richard A. Zunica
Attorney at Law
162 Washington Street
Lowell, IN 46356

File No. 09-8820