UNITED STATES BANKRUPTCY COURT      WE- 39-C
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT HAMMOND

IN RE:      )

Kenneth William Novak, Jr.      )

     Debtor      )

     CASE NO. 11-20744-KL

Last four digits of Social Security No.(s):

XXX-XX -4477      CHAPTER 13

### DISCHARGE OF DEBTOR
### AFTER COMPLETION OF
### CHAPTER 13 PLAN PURSUANT TO §1328(a)

A Verified Motion was filed by the Debtor for the Entry of a Chapter 13 Discharge pursuant to §1328(a).

Thirty days notice to object to said Motion was given to all creditors, parties in interest, the Trustee, and the U. S. Trustee.

There being no objection to said Motion, the Court decides that the Motion should be and is hereby GRANTED. It is therefore,

**ORDERED**, that a Discharge is hereby GRANTED to the Debtor pursuant to Section 1328(a) of Title 11, United States Code (the Bankruptcy Code).

     By the Court:

Dated: March 18, 2016      _____
     UNITED STATES BANKRUPTCY JUDGE

Distribution:
Debtor(s)
Attorney for Debtor(s)
Trustee
U. S. Trustee
All Creditors